The John Forsythe Company, Inc., Appellant, v. The Tribune Association and Another, Respondents. M. I. Stewart & Company, Inc., Appellant, v. Tribune Association and Another, Respondents.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Barney Feinberg, Respondent, v. Poughkeepsie City and Wappingers Falls Electric Railway Company, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Giuseppe Caterino, Administrator, etc., Plaintiff, v. Third Avenue Railway Company, Respondent. Franklin J. Bischoff, Attorney for Plaintiff, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Gustave F. Simon and Others, Appellants, v. Morrison Silk Company and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

Sarah Hoenig, Appellant, v. Edward E. Hoenig, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling and Page, JJ.

Mary Condon, Appellant, v. Aaron Buchsbaum Company, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Mervyn Wolff, Respondent, v. Fred S. Bennett, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Patrick A. Powers, Respondent, v. The Crystal Film Company, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Clarence D. Levey, Respondent, v. Edmund R. Dodge, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

The Staten Island Bridge Company, Respondent, v. Anderson Price, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Julia Pollock and Others, Appellants, v. Samuel Sachs and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.